```
United States Bankruptcy Court
Western District of Washington
```

In re:                                                                                   Case No. 15-15559-CMA
Shallan S Proby                                                                          Chapter 7
      Debtor
## CERTIFICATE OF NOTICE

District/off: 0981-2    User: janetf         Page 1 of 2          Date Rcvd: Oct 21, 2015
                Form ID: b9a         Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2015.
```
db             +Shallan S Proby,    3003 SW 341st St,    Federal Way, WA 98023-7737
aty            +Sarah R Flynn,    700 Stewart St Ste 5103,    Seattle, WA 98101-4438
955604589      +Alliance One,    6565 Kimball DR,    Suite 200,    Gig Harbor, WA 98335-1206
955604590     #+Allied Interstate,    PO Box 4000,    Warrenton, VA 20188-4000
955604593      +BYL Collection Services,    301 Lacey Street,    West Chester, PA 19382-3727
955604598      +CMRE FINANCIAL SERVICES,    3075 E IMPERIAL HWY, Suite 200,    Brea, CA 92821-6753
955604603      +CZ Payday Loans,    2700 NE Andersen Rd,    Vancouver, WA 98661-7347
955604595      +Cash Advance Payday Loan,    135 North Church St,    Spartanburg, SC 29306-5138
955604596      +Century Link Qwest Corp,    1100 112th Ave NE, #400,    Bellevue, WA 98004-4511
955604600      +Costco,    P.O. Box 34331,    Seattle, WA 98124-1331
955604602      +Credit Control Corp,    11821 Rock Landing Dr,    Newport News, VA 23606-4207
955604604      +Dept of Ed/Neln,    P.O. Box 173904,    Denver, CO 80217-3904
955604605      +Diagnostic Imaging Northwest,    1201 Pacific Ave, Ste 400,    Tacoma, WA 98402-4381
955604606      +Discovery Financial SE,    9707 NE 54th St, STE A,    Vancouver, WA 98662-6345
955604608      +Dynamic Recovery Solutions,    135 Interstate Blvd, Unit 6,    Greenville, SC 29615-5720
955604611      +EOS CCA,    P.O. Box 981008,    Boston, MA 02298-1008
955604615      +Jiffy Lube/Lube Mgt Corp,    700 Miliam St,    Houston, TX 77002-2806
955604618      +NW Acute Care-Emanuel,    825 NE Multnomah,    Portland, OR 97232-2193
955604619      +NW Acute Care-Good Sam,    825 NE Multnomah,    Portland, OR 97232-2135
955604620      +NW Natural Gas Company,    220 NW 2nd Ave,    Portland, OR 97209-3991
955604617       Navient,    P.O. Box wilkes Barre,    Wilkes Barre, PA 18773
955604622      +Reliable Credit Assoc.,    34303 Pacific Hwy S #106,    Federal Way, WA 98003-8907
955604623      +Revsolve Inc,    P.O. Box 310,    Scottsdale, AZ 85252-0310
955604625      +SLM Financial Corp,    11100 USA Pkwy,    Fishers, IN 46037-9203
955604624      +Seattle Times Newspaper,    1000 Denny Way,    Seattle, WA 98109-5323
955604626      +Southwest Gas Corp,    P.O. Box 98890,    Las Vegas, NV 89193-8890
955604628       Universal Acceptance Corp,    240 W 0 St, Ste 100,    Lincoln, NE 68528
955604630      +Viva Wireless,    4420 Pacific Hwy E,    Tacoma, WA 98424-3415
955604633      +Yakima Ad~justment Serv,    309 W Lincoln Ave,    Yakima, WA 98902-2655
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: QNLJAMES.COM Oct 22 2015 00:28:00      Nancy L James,    15008 63rd Dr SE,
                 Snohomish, WA 98296-4213
smg             EDI: WADEPREV.COM Oct 22 2015 00:28:00      State of Washington,    Department of Revenue,
                 2101 4th Ave, Ste 1400,    Seattle, WA  98121-2300
ust            +E-mail/Text: USTPREGION18.SE.ECF@USDOJ.GOV Oct 22 2015 00:31:31      United States Trustee,
                 700 Stewart St Ste 5103,    Seattle, WA 98101-4438
sr              EDI: RECOVERYCORP.COM Oct 22 2015 00:28:00      Orion,    Recovery Management Systems Corporation,
                 c/o Ramesh Singh,    25 SE 2nd Ave #1120,    Miami, FL  33131-1605
955604587       EDI: AAEO.COM Oct 22 2015 00:28:00      Aaron Rents,    1015 Cobb Place Blvd NW,
                 Kennesaw, GA 30144-3672
955604588      +Fax: 360-694-5924 Oct 22 2015 00:39:54      Accounts Receivable,    4001 Main St,
                 Vancouver, WA 98663-1887
955604591      +E-mail/Text: bankruptcy@aps.com Oct 22 2015 00:31:49      Arizona Public Services,
                 PO Box 53933,    Station 3206,    Phoenix, AZ 85072-3933
955604592      +E-mail/Text: banko@bonncoll.com Oct 22 2015 00:32:15      Bonneville Billing,
                 1186 E 4600 S, Ste 100,    Ogden, UT 84403-4896
955604594      +EDI: CAPITALONE.COM Oct 22 2015 00:28:00      Capital One,    P.O. Box 30281,
                 Salt Lake City, UT 84130-0281
955604597      +E-mail/Text: bankruptcies@clarkpud.com Oct 22 2015 00:31:45      Clark Public Utilities,
                 1200 Fort Vancouver Way,    Vancouver, WA 98663-3527
955604599      +E-mail/Text: ned_fre-bankruptcies@cable.comcast.com Oct 22 2015 00:32:07      Comcast,
                 1701 John F Kennedy Blvd,    Philadelphia, PA 19103-2899
955604601      +E-mail/Text: CCICollectionsGlobalForms@cox.com Oct 22 2015 00:32:08      Cox Communications,
                 1400 Lake Hearn Drive,    Atlanta, GA 30319-1464
955604607      +EDI: ESSL.COM Oct 22 2015 00:28:00      Dish Network,    9601 S. Meridian Blvd.,
                 Englewood, CO 80112-5905
955604609      +E-mail/Text: bknotice@erccollections.com Oct 22 2015 00:31:50      Enhanced Collection Agency,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
955604610      +E-mail/Text: bknotice@erccollections.com Oct 22 2015 00:31:50      Enhanced Recovery Group,
                 8014 bayberry Rd.,    Jacksonville, FL 32256-7412
955604612      +E-mail/Text: code7@epicimaging.com Oct 22 2015 00:31:58      Epic Imaging East,
                 233 NE 102nd Ave,    Portland, OR 97220-4106
955604613      +EDI: AMINFOFP.COM Oct 22 2015 00:28:00      First Premier Bank,    3820 N Louise Ave.,
                 Sioux Falls, SD 57107-0145
955604614      +E-mail/Text: bk@reliantfinance.com Oct 22 2015 00:31:40      Gold Acceptance,
                 500 City Pkwy W, Ste 400,    Orange, CA 92868-2941
955604616      +EDI: MID8.COM Oct 22 2015 00:28:00      Midland Credit Management,    8875 Aero Dr, Suite 200,
                 San Diego, CA 92123-2255
955604621      +E-mail/Text: bknotices@professionalcredit.com Oct 22 2015 00:31:58
                 Professional Credit Services,    400 International Way,    Springfield, OR 97477-7002
955607656       EDI: RECOVERYCORP.COM Oct 22 2015 00:28:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
955604627      +EDI: AISTMBL.COM Oct 22 2015 00:28:00      T-Mobile,    P.O. Box 53410,    Bellevue, WA 98015-3410
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
955604629      +EDI: VERIZONCOMB.COM Oct 22 2015 00:19:00      Verizon Wireless,   P.O. Box 15124,
                 Albany, NY 12212-5124
955604632       E-mail/Text: rashadx100@yahoo.com Oct 22 2015 00:31:36      Western Credit & Collect,
                 8383 NE Sandy Blvd, Ste 220,   Portland, OR 97220-4981
                                                                                          TOTAL: 24

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
955604631    ##+Waste Connections, Inc.,   3600 Port of Tacoma Rd #505,   Tacoma, WA 98424-1044
                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2015                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2015 at the address(es) listed below:
```
              Nancy L James    njames@epitrustee.com, njames@ecf.epiqsystems.com
              Sarah R Flynn    on behalf of US Trustee    United States Trustee sarah.flynn@usdoj.gov,
               Young-Mi.Petteys@usdoj.gov;Tara.Maurer@usdoj.gov;Martha.A.VanDraanen@usdoj.gov
              United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
                                                                                     TOTAL: 3
```

| B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/14) | Case Number **15−15559−CMA** |
|---|---|

# UNITED STATES BANKRUPTCY COURT
Western District of Washington

Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
Notice of Ex Parte Motion to Dismiss if Debtor Fails to Appear at the Sec. 341 Meeting,
and Notice of Appointment of Trustee
**Rescheduled Sec. 341 Meeting.**

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on **September 16, 2015**.
You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Shallan S Proby
3003 SW 341st St
Federal Way, WA 98023

| Case Number: 15−15559−CMA<br>Office Code: 2 | Social Security/Individual Taxpayer ID/Employer Tax ID/Other nos:<br>xxx−xx−1223 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Shallan S Proby<br>3003 SW 341st St<br>Federal Way, WA 98023<br>Telephone number: | Bankruptcy Trustee (name and address):<br>Nancy L James<br>15008 63rd Dr SE<br>Snohomish, WA 98296<br>Telephone number: 425−485−5541<br>Send 4002 documents to: Epiq Document Delivery |

## Meeting of Creditors

Date: **December 3, 2015**  Time: **10:00 AM**
Location: **U.S. Courthouse, Room 8206, 700 Stewart Street, Seattle, WA 98101**

**Important Notice to Debtors:** All Debtors (other than corporations and other business entities) must provide picture identification and proof of social security number to the Trustee at the meeting of creditors. Original documents are required; photocopies are not sufficient. Failure to comply will result in referral of your case to the U.S. Trustee for action.

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts
and All Reaffirmation Agreements must be filed with the bankruptcy clerk's office by December 14, 2015**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors or within thirty (30) days of any amendment to the list or supplemental schedules, unless as otherwise provided under Bankruptcy Rule 1019(2)(B) for converted cases.

## Creditors May Not Take Certain Actions:
Generally, the filing of the bankruptcy case automatically stays certain collection and other actions against the Debtor and the Debtor's property. There are some exceptions provided for in 11 U.S.C. § 362. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>700 Stewart St, Room 6301<br>Seattle, WA 98101<br>Telephone number: 206−370−5200 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Mark L. Hatcher<br><br>This case has been assigned to Judge Christopher M Alston |
|---|---|
| Hours Open: Monday − Friday 8:30 AM − 4:30 PM | Date: October 21, 2015 |

# EXPLANATIONS

Case Number **15–15559–CMA**

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Notice Re: Dismissal | If the debtor fails to file required schedules, statements or lists within 15 days from the date the petition is filed, or object to dismissal of the case indicating why dismissal is not appropriate, the case may be dismissed without further notice. If the Debtor(s) fails to appear at the meeting of creditors, the U.S. Trustee may apply for an order of dismissal without further notice. |
| Appointment of Trustee | Pursuant to 11 U.S.C. §701 and §322 and Fed. R. Bankr. P. 2008, **Nancy L James** is appointed Trustee of the estate of the above named Debtor to serve under the Trustee's blanket bond. The appointment is made effective on the date of this notice. Unless the Trustee notifies the U.S. Trustee and the Court in writing or rejection of the appointment within seven (7) days of receipt of this notice, the Trustee shall be deemed to have accepted the appointment. Unless creditors elect another Trustee at the meeting of creditors, the Interim Trustee appointed herein will serve as the Trustee.<br><br>Thomas A. Buford, Assistant U.S. Trustee for Region 18 |

## Refer to Other Side for Important Deadlines and Notices